Griffin, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before RADER, Chief Judge, LOURIE, and PROST, Circuit Judges.

RADER, Chief Judge.

The U.S. Court of Appeals for Veterans Claims affirmed the Board of Veterans' Appeals' determination that Michael P. Edwards' October 17, 2007 purported Notice of Disagreement was invalid under pertinent VA regulations. Because Mr. Edwards seeks review of issues of fact and the application of law to fact beyond this court's statutory jurisdiction, 38 U.S.C. § 7292(d)(2), this court dismisses the appeal.

**DISMISSED**

Travis James West, Solheim Billing & Grimmer, S.C., of Madison, WI, argued for claimant-appellant.

William J. Grimaldi, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, Scott D. Austin, Assistant Director, and Eric P. Bruskin, Trial Attorney. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC.

O'MALLEY, WALLACH, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**Frank S. SMITH, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 2013–7078.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2013.

**In re Sherman HOWARD, Petitioner.**

No. 2013–165.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2013.